**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2350**

PAMELA SNOWDEN,

                    Plaintiff - Appellant,

          v.

NANCY A. BERRYHILL,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Chief District Judge.  (1:18-cv-01849-JKB)

Submitted:  February 8, 2019                    Decided:  February 20, 2019

Before AGEE, FLOYD, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Pamela Snowden, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pamela Snowden appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her civil action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Snowden v. Berryhill*, No. 1:18-cv-01849-JKB (D. Md. filed Oct. 26, 2018 & entered Oct. 29, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*